Sheila Rae
1901 W Madison St Apt 286
Phoenix AZ 85009
347-213-9588

```
X FILED        ___ LODGED
___ RECEIVED   ___ COPY

   AUG 1 2 2015

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Sheila Rae, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | COMPLAINT | CV-15-01551-PHX-JJT |
| | ) | | |
| US Department of Veterans Affairs, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**Jurisdiction**

The United States District Court has jurisdiction over this complaint because it is being brought against the United States Department of Veterans Affairs, an agency of the United States government.

**Complaint**

A Claim For Damage, Injury, Or Death (Form SF 95) was submitted to the United States Department of Veterans Affairs as directed under the Federal Tort Claims Act guidelines. I have attached this claim as Exhibit A (5 pages) and Exhibit B (2 pages). As outlined in

the Form SF95, the United States Department of Veterans Affairs, specifically the Veterans Affairs Medical Center, Phoenix AZ, was negligent in providing care and support to ensure the safety of not only the veteran but the spouse and family member(s) as well. As a result of their negligent act and refusal to provide the proper care, I was assaulted January 23, 2014, which caused further damage and injury to me physically, emotionally, psychologically and financially. Please refer to Exhibit A as it provides in-depth details. The United States Department of Veterans Affairs has chosen to ignore my claim and no response from the United States Department of Veterans Affairs Office of Regional Counsel in Phoenix, Arizona has been received by me, the Plaintiff, as of this date. Their date to respond has passed as indicated in Exhibit B, the proof of when they received my claim and additional information from me prior to the 180 day time frame they had to contact me. Since this did not happen, I have therefore chosen to proceed with my claim, Complaint, in The United States District Court.

**Demand**

I am Demanding relief as stated in Exhibit A, Box 12d., TOTAL amount of $500,000. The fact that I was injured and almost killed January 23, 2014 due to the lack of care and negligence on the part of The United States Veterans Affairs Medical Center, Phoenix, Arizona, has impacted my life severely and could have been prevented had the proper treatment been provided. Damages, both pecuniary and non-pecuniary, will continue to permeate and disable me for the rest of my life, which I estimate should be at least another twenty (20) years. The pecuniary damages are estimated and added to the total amount I believe is fair to restore some of my life back to the level it was prior to the

assault of January 23, 2014. The non-pecuniary damanges (psychological, emotional, and mental) have forced me to seek additional therapy and medication to manage the increased anxiety and PTSD I have been and am still receiving treatment for. The prognosis is that tharapy will be necessary for the rest of my life. It is my belief that the United States Department of Veterans Affairs, specifically the United States Veterans Affairs Medical Center overseen by the United States Department of Veterans Affairs, are responsible for the gross negligence of allowing violent behavior to go left untreated, especially when participation and treatment are requested and necessary.

Dated: August 7, 2015

Sheila Rae
1901 W Madison St Apt 286
Phoenix AZ 85009
347-213-9588

**EXHIBIT A** Page 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code |
|---|---|
| US DEPARTMENT OF VETERANS AFFAIRS<br>PHOENIX REGIONAL BENEFIT OFFICE<br>3333 N CENTRAL AVE<br>PHOENIX AZ  85012 | SHEILA RAE<br>461 W APACHE TRAIL APT 208<br>APACHE JUNCTION AZ 85120 |

| 3. TYPE OF EMPLOYMENT  NA<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>02/08/1961 | 5. MARITAL STATUS<br>SEPARATED/MARRIED | 6. DATE AND DAY OF ACCIDENT<br>1/23/2014 THURSDAY | 7. TIME (A M. OR P M)<br>APPROX 9:30 PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).  THIS CLAIM IS BASED ON DOCUMENTED FACT AT THE VA AND VAMC FACILITIES. DUE TO THE LACK OF CARE AND NEGLIGANCE OF THE MEDICAL AND PSYCHIATRIC UNITS/CLINICS AT THE VAMC PHOENIX, MY HUSBAND, GEORGE E DELURY JR, DETERIORATED TO SUCH AN EXTENT THAT HE ATTEMPTED TO KILL ME JANUARY 23, 2014. IN LATE NOVEMBER 2012, GEORGE SOUGHT OUT THE ASSISTANCE ONCE AGAIN OF THE PATIENT REPRESENTATIVE / ADVOCATE KAREN SPARKS ON 11/28/2012. MS SPARKS CALLED 11/30/2012 AND GEORGE TOLD HER HE BELIEVED HE HAD NO ALTERNATIVE THAN TO SEE MEDICAL AND PSYCHIATRIC SERVICES IN THE PRIVATE SECTOR, HOWEVER VA WOULD NOT PAY AND THE INCREASED EXPENSE PUT ADDITIONAL STRESS AND TOLL ON OUR MARRIAGE AND HE REFUSED TO GO BACK TO THE VAMC PHOENIX BECAUSE OF FEAR HE WOULD DIE THERE. WE ATTEMPTED SEVERAL TIMES TO GET HELP.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

1/23/2014 - ASSAULTED BY VETERAN, HUSBAND
1/24/2014 - DISCHARGED AT 2:50 AM FROM FORENSIC EXAM; EXAMINER'S DIAGNOSIS: INTIMATE PARTNER VIOLENCE BY HISTORY / PHYSICAL ASSAULT BY HISTORY / STRANGULATION BY HISTORY / MINOR PHYSICAL INJURY BY EXAM /
1/24/2014 - ER DIAGNOSIS: PHYSICAL ASSAULT / NECK SPRAIN / NECK STRAIN / RIB CONTUSION
PSYCHOLOGICAL DETERIORATION, INCREASED ANXIETY, STRESS, FEAR

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

12 (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)

| 12a PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | $500,000.00 |  | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side)<br>*Sheila Rae* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>347-213-9588 | 14 DATE OF SIGNATURE<br>10/31/2014 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U S C 3729) | Fine, imprisonment, or both (See 18 U.S C 287, 1001) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/200<br>PRESCRIBED BY DEPT OF JUSTICE<br>28 CFR 14 2 |

EXHIBIT A    Page 2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15. Do you carry accident Insurance?** ☒ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

ACCIDENT COVERAGE THROUGH MEDICAL INSURANCE COMPANY

GEHA
PO BOX 4665
INDEPENDENCE MO 64051
800-821-6136

ID # 23742326 / GEHA DOES NOT HAVE AN ASSAULT CATEGORY SO CODED UNDER ACCIDENT - THIS IS FOR INJURY CAUSED TO BODY/MIND FROM ASSAULT

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☒ Yes ☐ No

CLAIMS WERE FILED BY MEDICAL PERSONS WHO TREATED PAIN/SYMPTOMS AS A RESULT OF 1/23/2014 ASSAULT

**17. If deductible, state amount.**
$350.00 - ALREADY MET

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

GEHA HAS PAID ALL COPAYS/COINSURANCE RELATED TO ASSAULT ON 1/23/2014 - MEDICAL CLAIMS FOR 1/24/2014 EXAMS

**19. Do you carry public liability and property damage insurance?** ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

NA

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority.* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U S C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D. *Effect of Failure to Respond:* Disclosure is voluntary However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U S C. 3501 Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S Department of Justice, Washington, DC 20530 or to the Office of Management and Budget Do not mail complete form(s) to these addresses

STANDARD FORM 95 REV (2/2007) BACK

Attachment
SF95

CLAIM FOR DAMAGE, INJURY, OR DEATH

US Department of Veterans Affairs
Phoenix Regional Office (Benefit)
3333 N Central Ave
Phoenix AZ 85012

Re: SHEILA RAE — ORDER OF PROTECTION
ADDRESS IS TO BE PROTECTED
CANNOT GIVE OUT WITHOUT MY KNOWLEDGE

8. BASIS OF CLAIM (CONTINUED)

I BELIEVE THAT MY HUSBAND, GEORGE DELURY JR, WOULD HAVE NEVER ASSAULTED ME HAD HE HAD THE PROPER CARE AND TREATMENT AT THE VAMC PHOENIX. BECAUSE OF THEIR FAILURE TO PROPERLY TREAT AND PROVIDE THE MEDICAL AND PSYCHIATRIC TEAM HE REQUIRES, HE WAS UNABLE TO RECEIVE THE SUPPORT NECESSARY TO HANDLE STRESSFUL SITUATIONS OR ACT OUT APPROPRIATELY, AND THEREFORE HE LOST CONTROL AND I ALMOST LOST MY LIFE. HE HAS PLED GUILTY TO THE ASSAULT CHARGE AND WAS FORCED TO RESUME CARE AT THE VAMC PHOENIX FEBRUARY 2014 BECAUSE HE WAS DROPPED FROM MY PRIVATE INSURANCE. OUR LIVES ARE NOW IN TOTAL RUINS AND I FIRMLY BELIEVE THAT THE BLAME FOR THIS TRAGEDY LIES SQUARLY ON THE SHOULDERS OF THE VAMC PHX. THEY HAVE COMPLETE ACCESS TO HIS HISTORY AND KNOW HOW DANGEROUS AND HIGHLY TRAINED TO KILL HE IS, YET THEY REFUSED TO PROVIDE THE PERSONNEL TO HELP HIM OR ME WHEN WE BEGGED FOR IT AND THEN THE INEVITABLE HAPPENED — IT IS ALL THEIR FAULT AND THEY NEED TO MAKE AMENDS TO HELP RESTORE THE LIVES WE ONCE HAD BEFORE THEY NEGLECTED AND ABANDONED US.

*** THERE IS CURRENTLY A RESTRAINING ORDER (ORDER OF PROTECTION) IN PLACE AND GEORGE DELURY JR IS NOT TO BE GIVEN MY ADDRESS BECAUSE HE IS STILL UNSTABLE AND I AM VERY FEARFUL

PLEASE NOTE:

I HAVE DOCUMENTED PROOF OF THE DOCTORS MY HUSBAND SAW WHEN HE LEFT THE VA, FROM 1/2013 THRU 2/2014 AND CAN PROVIDE INFORMATION AS REQUESTED.

I ALSO HAVE DOCUMENTED PROOF OF THE ASSAULT OF 1/23/2014 AND FORENSIC AND COURT EVIDENCE AND CAN PROVIDE INFORMATION AS REQUESTED.

THE INFORMATION IS QUITE EXTENSIVE AND I AM UNSURE AS TO WHAT IS NEEDED EXACTLY.

THE VA AND VAMC WHITE RIVER JUNCTION, VT AND VAMC PHOENIX HAS ALL INFORMATION FOR MY HUSBAND.

Signed 10/31/2014  Shele Rae

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Department of Veterans Affairs
Phoenix Regional Benefit Office
3333 N Central Ave
Phoenix AZ 85012

A. Signature
X _____ □ Agent
              □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
STEVEN BELLOWS                   7-7-14

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:      □ No

[Postmark: NORN STATION -7 2014 USPS]

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7010 0780 0002 8740 4125

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
AZ 852
07 NOV '14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SHEILA RAE
461 W APACHE TRAIL UNIT 208
APACHE JUNCTION AZ 85120

EXHIBIT B       Page 1

3/9/2015

US Department of Veterans Affairs
Phoenix Regional Office (Benefit)
3333 N Central Ave
Phoenix, AZ 85012

Re: SHEILA RAE                    COPY

CHANGE OF ADDRESS.

To Whom It May Concern:

The United States Post Office notified me that they are unable to forward my mail from Apache Junction to Scottsdale. Therefore, I was instructed to contact individual persons or businesses directly. Please send any information, if appropriate, to my new mailing address as follows:

SHEILA RAE
4400 N SCOTTSDALE RD #528
SCOTTSDALE, AZ 85251

This address is effective as of February 1, 2015, and is current. Thank you.

Sheila Rae

EXHIBIT B Page 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept of Veterans Affairs
Phoenix Regional Office
3333 N Central Ave
Phx, AZ 85012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): KEVIN TIERNEY
C. Date of Delivery: 3/2/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Priority Mail Express
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label): 7014 2120 0003 7735 2534

PS Form 3811, July 2013    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
AZ 852
12 MAR '15
PN 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Rae
4400 N Scottsdale Rd
#528
Scottsdale, AZ 85251